# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES BOMAN
ADC #651206      PLAINTIFF

v.      Case No. 5:18-cv-00097-KGB/BD

CONNIE HUBBARD,
Nurse, Delta Regional Unit, *et al.*      DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 8). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 8). The Court dismisses without prejudice plaintiff James Boman's claims against defendant Correctional Care Solutions.

So ordered this 29th day of October, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge