IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES BOMAN** **PLAINTIFF**
**ADC #651206**

V. CASE NO. 5:18-CV-97-KGB-BD

**CONNIE HUBARD, et al.** **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.** **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, parties may waive any right to appeal questions of fact.

**II.** **Discussion**

James Edward Boman, an Arkansas Department of Correction ("ADC") inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) Mr. Boman

claims that Defendants Hubbard and Chisam were deliberately indifferent to his serious medical needs.[1]

Mail recently sent to Mr. Boman from the Court has been returned as "undeliverable," with a notation that Mr. Boman has been paroled. (#19) Mr. Boman has failed to inform the Court of his current address as required by the Court's local rules. See Local Rule 5.5.

By Order of October 22, 2018, Mr. Boman was ordered to notify the Court of his current address within 30 days. (#20) The Court specifically cautioned him that his claims could be dismissed if he failed to update his address. To date, Mr. Boman has failed to comply with the Court's Order, and the time for doing so has passed.

**III.     Conclusion**

The Court recommends that Mr. Boman's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 22 Order and his failure to prosecute this lawsuit.

DATED this 26th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously dismissed Mr. Boman's claims against Correctional Care Solutions. (#21)