# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAMES BOMAN, ADC #651206**                                          **PLAINTIFF**

**v.**                          **Case No. 5:18-cv-00097-KGB**

**CONNIE HUBBARD, Nurse, Delta Regional Unit, and**
**CAROL CHISAM, RN, Delta Regional Unit**                             **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 24). In her Recommended Disposition, Judge Deere recommends that plaintiff James Boman's claims be dismissed without prejudice. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Deere's recommendation.

Therefore, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 24). It is ordered that Mr. Boman's complaint and amended complaint be dismissed without prejudice.

It is so ordered this 23rd day of January, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge