THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES BOMAN, ADC #651206**                                                              **PLAINTIFF**

**v.**                            **Case No. 5:18-cv-00097-KGB**

**CONNIE HUBBARD, Nurse, Delta Regional Unit, and
CAROL CHISAM, RN, Delta Regional Unit**                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff James Boman's complaint and amended complaint are dismissed without prejudice. The relief requested is denied.

It is so adjudged this 23rd day of January, 2020.

_____
Kristine G. Baker
United States District Judge